UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

L&M COMPANIES, INC.                                    CIVIL NO. 07 CV 3111

                Plaintiff,                   **RULE 7.1 DISCLOSURE**

- against -

THE ALPHAS COMPANY OF NEW YORK, INC., THE
ALPHAS COMPANY, INC., and YANNI ALPHAS a/k/a
JOHN ALPHAS,

                Defendants.
------------------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, L&M Companies, Inc., by and through counsel, certifies that it is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 18th day of April, 2007

                Respectfully submitted

                LAW OFFICES OF BRUCE LEVINSON
                Attorneys for Plaintiff

    By:  /s/ Gregory Brown
         Gregory Brown (GB1977)
         747 Third Avenue, 4th Floor
         New York, New York 10017-2803
         (212) 750-9898