UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
L&M COMPANIES, INC.

                             Plaintiff,

          - against -

THE ALPHAS COMPANY OF NEW YORK, INC., THE
ALPHAS COMPANY, INC., and YANNI ALPHAS a/k/a
JOHN ALPHAS,

                           Defendants.
-----------------------------------------------------------------------X

CIVIL NO. 07 CV 3111

**CERTIFICATE OF SERVICE**

        I certify that true and correct copies of the Summons and Complaint, Order to Show Cause and Temporary Restraining Notice, Memorandum in Support, Rule 7.1 Disclosure, Civil Cover Sheet, Individual Rules of Practice of Hon. Jed S. Rakoff and Magistrate Judge Ronald L. Ellis were served on April 19, 2007 by Federal Express, upon the following:

        The Alphas Company of New York, Inc.
        223-225 Row B
        Hunts Point Terminal Market
        Bronx, NY 10474

        The Alphas Companies
        51-52 & 87-88
        New England Produce Center
        Chelsea, Mass. 02150

        Yanni Alphas a/k/a John Alphas
        c/o The Alphas Company, Inc.
        51-52 & 87-88
        New England Produce Center
        Chelsea, Mass. 02150

                           _____/s/ Bruce Levinson_____
                           BRUCE LEVINSON

Dated this 19th day of April, 2007