UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
L&M COMPANIES, INC.

                            Plaintiff,

  - against -

THE ALPHAS COMPANY OF NEW YORK, INC., THE
ALPHAS COMPANY, INC., and YANNI ALPHAS a/k/a
JOHN ALPHAS,

                            Defendants.
-----------------------------------------------------------------x

CIVIL NO. 07 CV 3111 (JSR)

**ORDER TO SHOW CAUSE
AND TEMPORARY
RESTRAINING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-07

Upon the affidavit of Carol McLean, sworn to on April 17, 2007, and the exhibits annexed thereto, and the Attorney Certification Why Notice Should Not Be Required Pursuant To Rule 65(b), and upon the copy of the complaint hereto and pleadings in support, annexed, it is

**ORDERED**, that the above-captioned defendants show cause before a motion term of this Court, located at Room 14B, 500 Pearl Street, New York, New York, on April 26 2007 at 10 o'clock A.m., or as soon thereafter as counsel can be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants, their customers, agents, officers, subsidiaries, assigns, and banking institutions, during the pendency of this action, from alienating, dissipating, paying over or assigning any assets of The Alphas Company of New York, Inc. and The Alphas Company, Inc. or their subsidiaries or related companies except for payment to plaintiff until further order of this Court or until defendants pay plaintiff L&M Companies, Inc. the sum of $55,962.75 by bank check or wire transfer, at which time this Order shall be dissolved; and it is further

~~**ORDERED**, that, sufficient reason having been shown therefor,~~ pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendants, their customers, agents, officers, subsidiaries, assigns, and banking institutions are

- 1 -

temporarily restrained and enjoined from alienating, dissipating, paying over or assigning any assets of The Alphas Company of New York, Inc. and/or The Alphas Company, Inc., or its subsidiaries or related companies except for payment to plaintiff until further order of this Court or until defendants pay plaintiff the sum of $55,962.75 by bank check or wire transfer, at which time this Order shall be dissolved; and it is further

~~ORDERED that bond shall be waived in view of the fact that defendants now hold $55,962.75 worth of plaintiff's assets; and is further~~

**ORDERED** that service of a copy of this order and annexed affidavits and supporting documents and the summons and complaint, by Federal Express or other nationally recognized overnight delivery service upon the defendants on or before April 20, 2007 [4:30 PM], shall be deemed good and sufficient service thereof. *Opposition papers from defendants are due in Judge Rakoff's Chambers by 12 Noon, April 24, 2007*

DATED: New York, New York
April 19, 2007

John F. Keenan
United States District Judge

Part I

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
L&M COMPANIES, INC.                                                  CIVIL NO. 07 CV

                        Plaintiff,                                   ATTORNEY
                                                                     CERTIFICATION
    - against -                                                      WHY NOTICE SHOULD
                                                                     NOT BE REQUIRED
THE ALPHAS COMPANY OF NEW YORK, INC., THE                            PURSUANT TO RULE 65(b)
ALPHAS COMPANY, INC., and YANNI ALPHAS a/k/a
JOHN ALPHAS,

                        Defendants.
------------------------------------------------------------------X
```

The undersigned represents plaintiff in this action to enforce the trust provisions of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c).

Notice of this motion should not be required because notice will afford defendants an opportunity to dissipate trust assets that are required by statute to be held for the benefit of plaintiffs, who are PACA trust creditors of defendants.

Defendants are under a statutory duty to pay promptly for produce from the trust established by statute. Defendants have failed to pay, despite repeated demands. It appears that defendants are failing to maintain sufficient assets in the statutory trust and have dissipated the PACA trust required to be maintained in favor of plaintiffs. It further appears that defendants, in contravention of PACA, do not have cash freely available to satisfy their trust obligations.

Advising defendants of the pendency of this motion will allow defendants to continue to pay non-trust debts with trust assets prior to the hearing in order to avoid serious personal liabilities, such as criminal liability for failure to pay withholding taxes. As noted in the House Report on the PACA trust amendment, once trust assets are dissipated, it is all but impossible to recover them. H.R. Rep. No. 543, 98th Cong., 2d Sess. 4 (1983), reprinted in 1984 U.S. Code & Admin. News 405, 411. See also Tanimura & Antle, Inc. v. Packed Fresh Produce, Inc., 222

F.3d 132 (3rd Cir. 2000); J.R. Brooks & Son, Inc. v. Norman's Country Market, Inc., 98 B.R. 47 (Bkrtcy. N.D. Fla. 1989); East Coast Fruit v. Thomas J. Gatziolis & Co., 774 F.Supp. 449 (N.D. Ill. 1991); and Gullo Produce Co., Inc. v. Jordan Produce Co., Inc., 751 F.Supp. 64 (W.D. Pa. 1990).

Entry of a temporary restraining order without notice guarantees the performance of the statutory duty to preserve and pay trust assets, and prevents any further dissipation pending a hearing, which can be scheduled forthwith.

Dated this 18th day of April, 2007

          LAW OFFICES OF BRUCE LEVINSON
          Attorneys for Plaintiff

By: _____
          Gregory Brown (GB1977)
          747 Third Avenue, 4th Floor
          New York, New York 10017-2803
          (212) 750-9898

Subscribed and sworn before me this 18th day of April, 2007.

_____
Notary Public

SHEILA PRYOR
Notary Public, State of New York
No. 01PR6053860
Qualified in New York County
Commission Expires Jan. 22, 20 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
L&M COMPANIES, INC.

                               Plaintiff,

- against -

THE ALPHAS COMPANY OF NEW YORK, INC., THE
ALPHAS COMPANY, INC., and YANNI ALPHAS a/k/a
JOHN ALPHAS,

                              Defendants.
-----------------------------------------------------------------X

CIVIL NO. 07 CV

**AFFIDAVIT IN SUPPORT**

**STATE OF NORTH CAROLINA** }
                            } ss.:
**COUNTY OF WAKE** }

      **CAROL McLEAN**, being duly sworn, deposes and says:

1. I am the Credit and Collections Manager of L&M Companies, Inc. ("L&M"), and make this affidavit in support of an application for emergency relief pursuant to Rule 65 of the Federal Rules of Civil Procedure.

2. I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this affidavit are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated in this affidavit.

3. L&M is a corporation located in Raleigh, North Carolina which sells wholesale quantities of perishable agricultural commodities (hereafter "produce"). L&M is a produce dealer subject to and licensed under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a *et. seq.* (hereafter "PACA").

4.   a.   The Alphas Company of New York, Inc. ("Alphas NY") is a produce dealer as defined by 7 U.S.C. §499a and operates subject to and is licensed under the PACA.

      b.   The Alphas Company, Inc. ("Alphas") is a produce dealer as defined by 7

- 1 -

U.S.C. §499a and operates subject to and is licensed under the PACA.

   c.  Upon information and belief, Yanni Alphas a/k/a John Alphas was responsible for the day-to-day operations of Alphas during the time in question and was in a position of control over the PACA trust assets belonging to plaintiff.

  5. The sales and accounts receivable records of L&M including invoices and account statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These business records are made by me or under my direction and supervision by employees whose duty it is to prepare such documents.

  6. My responsibilities include monitoring the sale of perishable agricultural commodities, including those sales that are the subject of this dispute. My responsibilities also include supervising collection of the accounts receivable for such sales, including the accounts of Alphas NY and Alphas which are the subject of the present application. I have custody and control of the sales and accounts receivable records of L&M as they relate to Alphas NY and Alphas and I am thoroughly familiar with the manner in which those records are compiled.

  7. Between March 13, 2007 and March 16, 2007, L&M sold and delivered to Alphas NY, in interstate commerce, various wholesale lots of produce worth $17,613.00 which remains unpaid. (Copies of the outstanding invoices are attached hereto as Exhibit A.)

  8. Between December 15, 2006 and December 22, 2006, L&M sold and delivered to Alphas, in interstate commerce, various wholesale lots of produce worth $38,349.75 which remains unpaid. (Copies of the outstanding invoices are attached hereto as Exhibit B.)

  9. Defendants accepted the produce received from L&M without exception.

10. L&M preserved its interest in the PACA trust in the amount of $55,962.75 by timely delivering invoices to defendants, which contained the language required under Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c).

11. Defendants are obligated to hold in trust all produce-related assets received from the sale of produce in order to pay $55,962.75 to L&M.

12. Defendants have repeatedly promised to pay but have not done so.

13. On February 5, 2007, Alphas delivered to plaintiff a check in the amount of $8,191.00 to cover a portion of the outstanding balance owed by Alphas to L&M. A note affixed to the check requested that plaintiff not deposit these funds until April 13, 2007. (A copy of the check and notice are attached hereto as Exhibit C.) Accordingly, Alphas was unable to make prompt payment of even a portion of the debt.

14. More recently, Mr. Alphas informed me that defendants are owed approximately $500,000.00 by a company located in Montreal, Canada, and that he would not be able to pay L&M until he receives these funds. This is an express admission that defendants have insufficient cash on hand.

15. Defendants' failure, refusal and inability to pay demonstrates that defendants are failing to maintain sufficient assets in the statutory trust and are dissipating assets.

16. Unless the assets of the defendant corporation are frozen, it is likely the trust assets will continue to be dissipated. As a result, L&M will suffer immediate and irreparable harm because it will lose the trust assets and rights that are owed under the statute.

17. Alphas NY and Alphas are merely alter egos employed by the individual defendant to conduct business throughout the United States. On at least one occasion, L&M has received payment from Alphas NY for goods sold and delivered to Alphas in Massachusetts. (A copy of one such invoice and the corresponding payment are attached hereto as Exhibit D.) Furthermore, orders

for both companies are made by Mr. Alphas personally, from the same office. He has only one telephone number at which we reach him. Similarly, Mr. Alphas makes no distinction between orders placed on behalf of Alphas NY and Alphas; when orders are picked up from L&M, they are taken to either Massachusetts or New York without regard to the purchasing entity.

18.   No provisional remedy has been secured or sought in this action, and no prior application has been made for the same or similar relief as is sought herein.

I do solemnly declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

_____<br>
CAROL McLEAN

Sworn to before me this
___ day of April, 2007

_____
Notary Public

- 4 -

NORTH CAROLINA
Wake County

I __Tommie M Funyear__, a Notary Public for the County of Wake, State of North Carolina, do hereby certify that __Carol McLean__ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the __17th__ day of __April__ 20__07__.

(Official Seal)

__Tommie M. Funyear__
NOTARY PUBLIC

My commission expires __October 29th__, 20__10__.

L&M Companies, Inc.
A/R Aged Analysis
Report Date: 4/12/2007
Customer: 33312 ALPHAS COMPANY OF NEW YORK

| Account: | ALPHAS COMPANY OF NEW YORK | Credit Limit: | 100,000.00 | Company Total: | 1,762.50 |
|---|---|---|---|---|---|
| Account Status: | | % of Credit Limit: | 17.6 % | | |
| Phone: | 18-898-1600 INDY H..f | % of Open Receivables: | 100.00 % | | |

| Inv. Date | Load#-Year | Sales Code | Customer PO | Invoice No. | Days Old | Current | 11-30 Days | 31-45 Days | > 45 Days | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/07 | WZ-1467.0 07 | CWZ1 | 15279 | 1393842 | 27 | 0.00 | 15,850.50 | 0.00 | 0.00 | 15,850.50 |
| 03/13/07 | WZ-1491.0 07 | CWZ1 | 15281 | 1393220 | 30 | 0.00 | 1,762.50 | 0.00 | 0.00 | 1,762.50 TN |
|  |  |  |  |  |  | 0.00 | 17,613.00 | 0.00 | 0.00 | 17,613.00 |
|  |  |  |  |  |  | 0.00 | 17,613.00 | 0.00 | 0.00 | 17,613.00 |



# INVOICE

**Completely obsessed with produce**

2925 Huntleigh Dr. Suite 204   Raleigh, NC 27604-3374

CHF

If you have questions, please contact:
Account Receivable Specialist

Sherrie Campbell
Telephone: 800-822-2016 Extension: 8084
Fax: 919-875-4044
Sherrie.Campbell@lmcompanies.com

```
33312
ALPHAS COMPANY OF NEW YORK
ACCOUNTS PAYABLE
223 TO 225 ROW B
HUNTS POINT TERMINAL MKT
NEW YORK, NY 10474
```

SHIPPED TO:

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 3/13/07 | Chuck Zeutenhorst | 15281 | 3/23/07 | 1393220 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 3/9/07 | | FOB | WZ-14910 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 235.00 | Apples - WA G. Smith 12/3# XF | 7.50 | 1,762.50 |
| 235.00 | | | |

1,762.50

REMIT TO: L & M Companies, Inc., P.O. Box 890474, Charlotte, NC 28289-0474
www.lmcompanies.com

**PACA TERMS APPLY**

Interest at 1.5% per month added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

# INVOICE

**L & M**
Completely obsessed with produce

2925 Huntleigh Dr., Suite 204   Raleigh, NC 27604-3374

CHF

If you have questions, please contact:
Account Receivable Specialist

Sherrie Campbell
Telephone: 800-822-2016 Extension: 8084
Fax: 919-875-4044
Sherrie.Campbell@lmcompanies.com

```
93312
ALPHAS COMPANY OF NEW YORK
ACCOUNTS PAYABLE
223 TO 225 ROW B
HUNTS POINT TERMINAL MKT
NEW YORK, NY 10474
```

SHIPPED TO:

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 3/16/07 | Chuck Zeutenhorst | 15279 | 3/26/07 | 1393842 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 3/16/07 | | FOB | WZ-1467.0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 49.00 | Apples - WA G. Smith 100 FCY | 10.00 | 490.00 |
| 98.00 | Apples - WA G. Smith 12/3# XF | 9.50 | 931.00 |
| 14.00 | Apples - WA G. Smith 64 FCY | 12.00 | 168.00 |
| 22.00 | Apples - WA G. Smith 72 FCY | 12.00 | 264.00 |
| 62.00 | Apples - WA G. Smith 80 FCY | 12.00 | 744.00 |
| 98.00 | Apples - WA Gold Del 100 XF | 22.00 | 2,156.00 |
| 98.00 | Apples - WA Gold Del 80 XF | 24.00 | 2,352.00 |
| 196.00 | Apples - WA Red Del 12/3# XF | 9.50 | 1,862.00 |
| 343.00 | Pears - D'Anjou Wrap 80 FCY | 20.00 | 6,860.00 |
| 980.00 | | | |
| 1.00 | Recorder | 23.50 | 23.50 |

15,850.50

Record No.   373003
Truck No.    12 ½ SY WA

REMIT TO: L & M Companies, Inc., P.O. Box 890474, Charlotte, NC 28289-0474
www.lmcompanies.com

**PACA TERMS APPLY**

...limited to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Date Printed                                                                                                    Page   1
4-12-20...  10:15 AM

**L&M Companies, Inc.**
**A/R Aged Analysis**
**Report Date: 4/12/2007**
**Customer: 33311  ALPHAS COMPANY INC**

Account:        33311 ALPHAS COMPANY INC
Account Status:
Phone:          617-884-3921 Angela  MA

| Inv. Date | Load# | Year | Sales Code | Customer PO | Invoice No. | Days Old | Current | 1-30 Days | 31-45 Days | > 45 Days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/06 | N-3409 | 06 | TJBT | | 1377193 | 118 | 0.00 | 0.00 | 0.00 | 8,191.00 | 8,191.00 TS |
| 12/21/06 | N-3456 | 06 | TJBT | | 1378360 | 112 | 0.00 | 0.00 | 0.00 | 11,978.75 | 11,978.75 W |
| 12/22/06 | N-3488 | 06 | TJBT | | 1378593 | 111 | 0.00 | 0.00 | 0.00 | 18,180.00 | 18,180.00 W |
| | | | | | | | 0.00 | 0.00 | 0.00 | 38,349.75 | 38,349.75 |
| | | | | | | | 0.00 | 0.00 | 0.00 | 38,349.75 | 38,349.75 |

Check # 135415 rec'd -
deposit 4/13 per Yesenia



**L & M**
Completely obsessed
with produce

# INVOICE

If you have questions, please contact
Account Receivable Specialist

Sherrie Campbell
Telephone: 800-822-2016 Extension 6084
Fax: 910-975-4044
Sherrie.Campbell@lmcompanies.com

OPF

SOLD TO:
ALPHAS COMPANY INC
ACCOUNTS PAYABLE
STALL # 9 & 10
NEW ENGLAND PRODUCE CENTER
CHELSEA MA 02150

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 12/15/06 | TJ Bauer | | 12/25/06 | 1377193 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 12/15/06 | | FOB | N-3409-0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 84.00 | Cucumbers - Green 1 1/9 Plain (Product of Mexico) | 3.00 | 252.00 |
| 426.00 | Honeydews - Carton 5 Ct Mexico | 2.00 | 852.00 |
| 840.00 | Honeydews - Carton 8 Ct Mexico | 5.85 | 4,926.50 |
| 320.00 | Honeydews - Carton 9 Ct Mexico | 5.85 | 1,860.50 |
| 1,580.00 | | | |

8,191.00

REMIT TO: L & M Companies, Inc., P.O. Box 890474, Charlotte NC 28289-0474
www.lmcompanies.com

**PACA TERMS APPLY**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.



# INVOICE

**Completely obsessed with produce**

If you have questions, please contact:
Account Receivable Specialist

Sherrie Campbe
Telephone: 800-822-2016 Extension: 8154
Fax: 919-375-4044
Sherrie.Campbell@lmcompanies.com

Sold To:
ALPHAS COMPANY INC
ACCOUNTS PAYABLE
UNIT 6 & 7-98
NEW ENGLAND PRODUCE CENTER
CHELSEA, MA 02150

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 12/21/06 | TJ Bauer | | 12/31/06 | 1378360 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 12/19/06 | | FOB | N-3456.0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 371.0 | Honeydews - Carton 5 Ct Mexico | 11.35 | 4,210.85 |
| 1139.00 | Honeydews - Carton 9 Ct | 6.85 | 7,767.90 |
| 1506.0 | | | |

11,978.75

REMIT TO: L & M Companies, Inc., P.O. Box 894474, Charlotte, NC 28269-4474
www.lmcompanies.com

**PACA TERMS APPLY**

Interest at 1.5% per month added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.



# INVOICE

Completely obsessed
with produce

If you have questions, please contact
Account Receivable Specialist

Sherrie Campbell
Telephone: 800-822-2916 Extension: 6054
Fax: 910-675-4044
Sherrie.Campbell@lmcompanies.com

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 12/22/06 | TJ Sauer | | 1/1/07 | 1378693 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 12/21/06 | | FOB | N-3488.0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 84 | Honeydews - Carton 10 Ct | 5.35 | 449.40 |
| 389 | Honeydews - Carton 5 Ct Mexico | 15.35 | 5,971.15 |
| 757 | Honeydews - Carton 8 Ct Mexico | 11.55 | 8,750.85 |
| 1,440.00 | | | |
| | | | 18,180.00 |

REMIT TO: L & M Companies, Inc., P.O. Box 890474, Charlotte, NC 28289-0474

www.lmcompanies.com

**PACA TERMS APPLY**

...with the unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.



THE ALPHAS COMPANY, INC.                                                                 18545

L&M Companies                February 5, 2007

| Invoice No. | Invoice Date | Shipper Order No. | Load No. | Lot No. | Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1377193 | 12/18/06 | N-3409 | 8210 | 9908 | 12,965.50 | 0.00 | 12,965.50 |
| 1377193C | 12/15/06 | | | | -4,774.50 | 0.00 | -4,774.50 |

                                                                    Total          8,191.00

                                                                                    18545

THE ALPHAS COMPANY, INC.                 Danversbank

                                                                    DATE        AMOUNT

...EIGHT THOUSAND ONE HUNDRED NINETY ONE AND 00/100 DOLLARS

                                                    February 5, 2007

# INVOICE

**L&M**
Completely obsessed with produce

2925 Huntleigh Dr., Suite 204 • Raleigh, NC 27604-3374

Before making changes to this invoice or if you have questions, please contact:

ANN

Accounting    1-800-822-2016

Account Specialist
Sherrie Campbell
Extension:8084  Fax: 919-875-4044
Sherrie.Campbell@lmcompanies.com

**SOLD TO:**
33311
ALPHAS COMPANY INC
ACCOUNTS PAYABLE
51-52 S 90-FO
NEW ENGLAND PRODUCE CENTER
CHELSEA, MA 02150

**SHIPPED TO:**

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 12/13/06 | JEL T/ Sauer | yani | 12/23/06 | 1318743 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 12/9/06 | | FOB | N- 3374.0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| | Green 1 1/9 Blue (Product) | 5.00 | 600.00 |
| 700.00 | | | |
| | | | 600.00 |

REMIT TO: L & M Companies, Inc., P.O. Box 890474, Charlotte, NC 28289-0474

**PACA TERMS APPLY**

*[Image of check from The Alphas Company of New York, Inc., check #31441, payable to L & M Companies, Inc., P.O. Box 891474, Charlotte, NC 28289-0474, for $800.00, with accompanying check stub showing invoice LMTPDC 14491/95 dated 11/07/06 for $800.00.]*

Check # 31441
paying invoice
# 1376743