Date Printed:  
4/12/2007  8:44:13AM

Page: 1

# L&M Companies, Inc.
## A/R Aged Analysis
Report Date: 4/12/2007

Customer: 33312  ALPHAS COMPANY OF NEW YORK

Account: 33312  ALPHAS COMPANY OF NEW YORK  
Account Status:  
Phone: 718-893-1600 Cindy in a/p

Credit Limit:           100,000.00      Company Total:      17,613.00  
% of Credit Limit:           17.6 %      Average Days to Pay:       39  
% of Open Receivables:      100.00 %

| Inv. Date | Load#/Year | Sales Code | Customer PO | Invoice No. | Days Old | Current | 11-30 Days | 31-45 Days | > 45 Days | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/07 | WZ- 1467.0 07 | CWZ1 | 15279 | 1393842 | 27 | 0.00 | 15,850.50 | 0.00 | 0.00 | 15,850.50 |
| 03/13/07 | WZ- 1491.0 07 | CWZ1 | 15281 | 1393220 | 30 | 0.00 | 1,762.50 | 0.00 | 0.00 | 1,762.50 |
|  |  |  |  |  |  | 0.00 | 17,613.00 | 0.00 | 0.00 | 17,613.00 |
|  |  |  |  |  |  | 0.00 | 17,613.00 | 0.00 | 0.00 | 17,613.00 |



# INVOICE

**Completely obsessed with produce**

2925 Huntleigh Dr., Suite 204    Raleigh, NC 27604-3374    CHF

If you have questions, please contact:
Account Receivable Specialist

Sherrie Campbell
Telephone: 800-822-2016 Extension: 8084
Fax: 919-875-4044
Sherrie.Campbell@lmcompanies.com

**SOLD TO:**
33312
ALPHAS COMPANY OF NEW YORK
ACCOUNTS PAYABLE
223 TO 225 ROW B
HUNTS POINT TERMINAL MKT
NEW YORK, NY 10474

**SHIPPED TO:**

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 3/13/07 | Chuck Zeutenhorst | 15281 | 3/23/07 | 1393220 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 3/9/07 | | FOB | WZ-1491.0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 235.00 | Apples - WA G. Smith 12/3# XF | 7.50 | 1,762.50 |
| 235.00 | | | |
| | | | 1,762.50 |

**REMIT TO:** L & M Companies, Inc., P.O. Box 890474, Charlotte, NC 28289-0474
www.lmcompanies.com

**PACA TERMS APPLY**

Interest at 1.5% per month added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

# INVOICE

**L&M**
Completely obsessed with produce

2925 Huntleigh Dr., Suite 204   Raleigh, NC  27604-3374    CHF

If you have questions, please contact:
Account Receivable Specialist

Sherrie Campbell
Telephone: 800-822-2016 Extension: 8084
Fax: 919-875-4044
Sherrie.Campbell@lmcompanies.com

**SOLD TO:**
33312
ALPHAS COMPANY OF NEW YORK
ACCOUNTS PAYABLE
223 TO 225 ROW B
HUNTS POINT TERMINAL MKT
NEW YORK, NY 10474

**SHIPPED TO:**

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 3/16/07 | Chuck Zeutenhorst | 15279 | 3/26/07 | 1393842 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 3/10/07 |  | FOB | WZ-1467.0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---:|---|---:|---:|
| 49.00 | Apples - WA G. Smith 100 FCY | 10.00 | 490.00 |
| 98.00 | Apples - WA G. Smith 12/3# XF | 9.50 | 931.00 |
| 14.00 | Apples - WA G. Smith 64 FCY | 12.00 | 168.00 |
| 22.00 | Apples - WA G. Smith 72 FCY | 12.00 | 264.00 |
| 62.00 | Apples - WA G. Smith 80 FCY | 12.00 | 744.00 |
| 98.00 | Apples - WA Gold Del 100 XF | 22.00 | 2,156.00 |
| 98.00 | Apples - WA Gold Del 80 XF | 24.00 | 2,352.00 |
| 196.00 | Apples - WA Red Del 12/3# XF | 9.50 | 1,862.00 |
| 343.00 | Pears - D'Anjou Wrap 80 FCY | 20.00 | 6,860.00 |
| 980.00 |  |  |  |
| 1.00 | Recorder | 23.50 | 23.50 |
|  |  |  | 15,850.50 |

**Record No.**  373063
**Truck No.**   1239 SY WA

**REMIT TO:** L & M Companies, Inc., P.O. Box 890474, Charlotte, NC 28289-0474
www.lmcompanies.com

## PACA TERMS APPLY

Interest at 1.5% per month added to unpaid balance.  Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.