Date Printed: 4/12/2007 10:24:31AM

Page: 1

**L&M Companies, Inc.**
A/R Aged Analysis
Report Date: 4/12/2007
Customer: 33311 ALPHAS COMPANY INC

Account: 33311 ALPHAS COMPANY INC
Account Status:
Phone: 617-884-5921 Angela MA

| Inv. Date | Load#/Year | Sales Code | Customer PO | Invoice No. | Days Old | Current | 11-30 Days | 31-45 Days | > 45 Days | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/06 | N-3409.0 06 | TJB1 | | 1377193 | 118 | 0.00 | 0.00 | 0.00 | 8,191.00 | 8,191.00 |
| 12/21/06 | N-3456.0 06 | TJB1 | | 1378360 | 112 | 0.00 | 0.00 | 0.00 | 11,978.75 | 11,978.75 |
| 12/22/06 | N-3488.0 06 | TJB1 | | 1378593 | 111 | 0.00 | 0.00 | 0.00 | 18,180.00 | 18,180.00 |
| | | | | | | 0.00 | 0.00 | 0.00 | 38,349.75 | 38,349.75 |
| | | | | | | 0.00 | 0.00 | 0.00 | 38,349.75 | 38,349.75 |

*Handwritten note:* Check # 18545 rec'd - deposit 4/13 per yoanni



# INVOICE

**Completely obsessed with produce**

2925 Huntleigh Dr., Suite 204    Raleigh, NC 27604-3374    CHF

If you have questions, please contact:
Account Receivable Specialist

Sherrie Campbell
Telephone: 800-822-2016 Extension: 8084
Fax: 919-875-4044
Sherrie.Campbell@lmcompanies.com

SOLD TO:
33311
ALPHAS COMPANY INC
ACCOUNTS PAYABLE
51-52 & 87-88
NEW ENGLAND PRODUCE CENTER
CHELSEA, MA 02150

SHIPPED TO:

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 12/15/06 | TJ Bauer | | 12/25/06 | 1377193 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 12/13/06 | | FOB | N-3409.0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 84.00 | Cucumbers - Green 1 1/9 Plain (Product of Mexico) | 3.00 | 252.00 |
| 426.00 | Honeydews - Carton 5 Ct Mexico | 2.00 | 852.00 |
| 490.00 | Honeydews - Carton 8 Ct Mexico | 9.85 | 4,826.50 |
| 330.00 | Honeydews - Carton 9 Ct Mexico | 6.85 | 2,260.50 |
| 1,330.00 | | | 8,191.00 |

REMIT TO: L & M Companies, Inc., P.O. Box 890474, Charlotte, NC 28289-0474

www.lmcompanies.com

**PACA TERMS APPLY**

Interest at 1.5% per month added to unpaid balance.  Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.



# INVOICE

**Completely obsessed with produce**

2925 Huntleigh Dr., Suite 204    Raleigh, NC 27604-3374    CHF

If you have questions, please contact:
Account Receivable Specialist

Sherrie Campbell
Telephone: 800-822-2016 Extension: 8084
Fax: 919-875-4044
Sherrie.Campbell@lmcompanies.com

SOLD TO:
33311
ALPHAS COMPANY INC
ACCOUNTS PAYABLE
51-52 & 87-88
NEW ENGLAND PRODUCE CENTER
CHELSEA, MA 02150

SHIPPED TO:

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 12/21/06 | TJ Bauer | | 12/31/06 | 1378360 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 12/18/06 | | FOB | N-3456.0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 371.00 | Honeydews - Carton 8 Ct Mexico | 11.35 | 4,210.85 |
| 1,134.00 | Honeydews - Carton 9 Ct | 6.85 | 7,767.90 |
| 1,505.00 | | | |
| | | | 11,978.75 |

**REMIT TO:** L & M Companies, Inc., P.O. Box 890474, Charlotte, NC 28289-0474

www.lmcompanies.com

**PACA TERMS APPLY**

Interest at 1.5% per month added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.



# INVOICE

**Completely obsessed with produce**

2925 Huntleigh Dr., Suite 204    Raleigh, NC 27604-3374    CHF

If you have questions, please contact:
Account Receivable Specialist

Sherrie Campbell
Telephone: 800-822-2016 Extension: 8084
Fax: 919-875-4044
Sherrie.Campbell@lmcompanies.com

| | |
|---|---|
| SOLD TO: | SHIPPED TO: |
| 33311<br>ALPHAS COMPANY INC<br>ACCOUNTS PAYABLE<br>51-52 & 87-88<br>NEW ENGLAND PRODUCE CENTER<br>CHELSEA, MA 02150 | , |

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 12/22/06 | TJ Bauer | | 1/1/07 | 1378593 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 12/21/06 | | FOB | N-3488.0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 84.00 | Honeydews - Carton 10 Ct | 5.35 | 449.40 |
| 585.00 | Honeydews - Carton 5 Ct Mexico | 15.35 | 8,979.75 |
| 771.00 | Honeydews - Carton 8 Ct Mexico | 11.35 | 8,750.85 |
| 1,440.00 | | | 18,180.00 |

REMIT TO: L & M Companies, Inc., P.O. Box 890474, Charlotte, NC 28289-0474

www.lmcompanies.com

**PACA TERMS APPLY**

Interest at 1.5% per month added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.