

| THE ALPHAS COMPANY, INC. | | | | | | | 18545 |
|---|---|---|---|---|---|---|---|
| L&M Companies | | February 5, 2007 | | | | | |
| Invoice No. | Invoice Date | Shipper Order No. | Load No. | Lot No. | Amount | Discount | Net Amount |
| 1377193 | 12/18/06 | N-3409 | 8210 | 9908 | 12,965.50 | 0.00 | 12,965.50 |
| 1377193C | 12/15/06 | | | | -4,774.50 | 0.00 | -4,774.50 |
| | | | | Total | | | 8,191.00 |

18545

THE ALPHAS COMPANY, INC.
87-89 NEW ENGLAND PRODUCE CENTER
CHELSEA, MA 02150


Danversbank
53-7116/2113

DATE          AMOUNT

**** EIGHT THOUSAND ONE HUNDRED NINETY ONE AND 0/100 DOLLARS

February 5, 2007        *******8,191.00

PAY TO THE ORDER OF

L&M Companies
3011 North Grand Ave
Nogales, AZ 85621

⑆018545⑆ ⑉211571163⑉ 2⑉00003157⑉