# INVOICE



**Completely obsessed with produce**

2925 Huntleigh Dr., Suite 204 • Raleigh, NC 27604-3374

ANN

Before making changes to this invoice or if you have questions, please contact:

Accounting    1-800-822-2016

Account Specialist
Sherrie Campbell
Extension: 8084  Fax: 919-875-4044
Sherrie.Campbell@lmcompanies.com

**SOLD TO:**
33311
ALPHAS COMPANY INC
ACCOUNTS PAYABLE
51-52 & 87-88
NEW ENGLAND PRODUCE CENTER
CHELSEA, MA 02150

**SHIPPED TO:**

| DATE | SALESPERSON | CUSTOMER PO # | PAYMENT DUE DATE | INVOICE # |
|---|---|---|---|---|
| 12/13/06 | TJB1 TJ Bauer | yani | 12/23/06 | 1376743 |

| DATE SHIPPED | SHIPPED VIA | FREIGHT TERMS | LOAD # | TERMS |
|---|---|---|---|---|
| 12/8/06 | | FOB | N- 3374.0 | Net 10 Days |

| QUANTITY | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 160.00 | Cucumbers - Green 1 1/9 Plain (Product ( | 5.00 | 800.00 |
| 160.00 | | | |
| | | | 800.00 |

**REMIT TO:** L & M Companies, Inc., P.O. Box 890474, Charlotte, NC 28289-0474

www.lmcompanies.com

**PACA TERMS APPLY**

Interest at 1.5% per month added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

MASTER

