UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| L&M COMPANIES, INC.<br><br>                    Plaintiff,<br><br>- against -<br><br>THE ALPHAS COMPANY OF NEW YORK, INC., THE ALPHAS COMPANY, INC., and YANNI ALPHAS a/k/a JOHN ALPHAS,<br><br>                    Defendants. | CIVIL NO. 07 CV 3111<br><br>**NOTICE OF<br>DISCONTINUANCE** |

------------------------------------------------------------X

**SIRS/MADAMS:**

    **PLEASE TAKE NOTICE** that the plaintiff hereby discontinues this matter as against all defendants without prejudice.

Dated: May 2, 2007
       New York, New York

                              Law Offices of Bruce Levinson

                              By: _____
                              Bruce Levinson (BL-0749)
                              Attorney for Plaintiff
                              747 Third Avenue, 4th Floor
                              New York, NY  10017-2803

To:   Mr. Yanni Alphas
       The Alphas Company of New York Inc.
       The Alphas Company, Inc.
       51-52 & 87-88
       New England Produce Center
       Chelsea, Massachusetts 02150