UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

L&M COMPANIES, INC.

       Plaintiff,

- against -

THE ALPHAS COMPANY OF NEW YORK, INC., THE
ALPHAS COMPANY, INC., and YANNI ALPHAS a/k/a
JOHN ALPHAS,

       Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-4-07

CIVIL NO. 07 CV 3111

**NOTICE OF DISCONTINUANCE**

SIRS/MADAMS:

  **PLEASE TAKE NOTICE** that the plaintiff hereby discontinues this matter as against all defendants without prejudice.

Dated: May 2, 2007
    New York, New York

          Law Offices of Bruce Levinson

          By: _____
          Bruce Levinson (BL-0749)
          Attorney for Plaintiff
          747 Third Avenue, 4th Floor
          New York, NY 10017-2803

To: Mr. Yanni Alphas
   The Alphas Company of New York Inc.
   The Alphas Company, Inc.
   51-52 & 87-88
   New England Produce Center
   Chelsea, Massachusetts 02150

SO ORDERED

_____
USDJ
5-2-07

W:\CLIENTS\CLIENTS\L&M COMPANIES\L&M NOTICE OF DISCONTINUANCE.DOC